UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTHUR ARMSTRONG,

    Defendant.
_____/

Case No. 17-mc-50464
Honorable Linda V. Parker

# OPINION AND ORDER DENYING DEFENDANT'S SECOND REQUEST FOR RELIEF FROM THE WRIT OF GARNISHMENT (ECF No. 26)

This matter is before the Court on Defendant's second motion for relief from the garnishments imposed as a result of a restitution order. (ECF No. 26.) For the reasons set out in the Court's July 19, 2018 Opinion and Order, Defendant's request is denied. (ECF No. 25)

Additionally, because of Defendant's repeated filings for the same relief the Court has denied, Defendant shall seek leave of Court (ask permission in writing) before he may file any motion before this Court seeking relief from the writ of garnishment.

Accordingly,

**IT IS ORDERED** that Defendant's motion (ECF No. 26) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant shall seek leave of Court before he may file any motion before this Court seeking relief from the writ of garnishment.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 31, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 31, 2018, by electronic and/or U.S. First Class mail.

s/ R. Loury
Case Manager
